USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

CHANDRA HARRISON,

           Plaintiff,

  -against-

SOUTH BRONX MENTAL HEALTH
COUNSIL INC.,

           Defendant.

------------------------------------X

: 11 Civ. 9529 (PAC)(HBP)
:
: REPORT AND
: RECOMMENDATION

No objections having been filed, and the Court having determined there is no clear error in the Report and Recommendation, the Court adopts the Magistrate Judge's recommendation. The case is dismissed on the grounds that it has been abandoned, without prejudice. The Clerk of Court is directed to close the case. Pursuant to 28 U.S.C 1915(a), I find that any appeal from this order would not be taken in good faith. So Ordered. Copies Mailed By Chambers.

SO ORDERED: /s/ Paul A. Crotty 2-25-13
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

PITMAN, United States Magistrate Judge:

    TO THE HONORABLE PAUL A. CROTTY, United States District Judge,

    The pro se plaintiff commenced this action on December 23, 2012 by filing a summons and complaint. A service package was mailed to her at the address provided when she commenced this action on January 24, 2012. My review of the file in July 2012 and again in October 2012 disclosed that no proof of service of the summons and complaint had ever been filed and it appeared that the summons and complaint had not, in fact, been served. Accordingly, I issued an Order to plaintiff on October 18, 2012 directing that plaintiff show cause on or before December 17, 2012 why the action should not be dismissed for failure to serve the summons and complaint within the 120-day time limit estab-